ABRAMS | FENSTERMAN, LLP
ATTORNEYS AT LAW

Brooklyn
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

August 21, 2025

<u>**Via ECF**</u>
Magistrate Judge Arlene R. Lindsay
United States District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

   Re: *Plastomold Industries Ltd. v. Sharps Technology, Inc.*,
     <u>Case No. 24-cv-02580 (E.D.N.Y.)</u>

Dear Magistrate Judge Lindsay:

  We represent plaintiff Plastomold Industries Ltd. ("Plaintiff") in the above-referenced action (the "Action"). We write jointly with counsel for defendant Sharps Technology, Inc. ("Defendant") to report to the Court that the parties have reached a settlement in principle and to request that all deadlines in this case be held in abeyance.

  By way of brief background, the parties have been negotiating a potential resolution for some time. On July 24, 2025, during a conference in a related action entitled *Berler v. Sharps Technology, Inc.*, 24-cv-04787 (GRB)(JMW)(E.D.N.Y.), District Judge Brown urged the parties to continue engaging in settlement discussions and held all motions and deadlines in abeyance without date so the parties could focus on those discussions without incurring additional legal expenses. We are pleased to report that the parties have executed a term sheet that contemplates the execution of a formal settlement agreement and, if successful, the dismissal of both federal cases and a related arbitration.

  The parties therefore respectfully request that all discovery and scheduling deadlines be held in abeyance for 60 days to allow for the preparation and execution of a final settlement agreement. The parties believe that 60 days is an appropriate period of time given that the settlement contemplates, among other things, the transfer of tangible property located in Hungary. The parties have made a previous request for an extension of discovery deadlines, and the current deadline for all discovery, inclusive of expert discovery, is November 18, 2025.

  We thank the Court for its time and attention.

                  Respectfully submitted,

                  /s/*Mordecai Geisler*

cc: All appearing parties